**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ADAM J. KUYKENDOLL,<br>     Plaintiff, | Case No. 1:25-cv-544<br>Hopkins, J.<br>Litkovitz, M.J. |
| vs. | |
| SHAW INDUSTRIES, INC., et al.,<br>     Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion for pro se electronic case filing system (ECF) access, seeking permission to file electronically while continuing to receive service by U.S. mail. (Doc. 15).

A pro se individual may apply to the assigned Judicial Officer for permission to electronically file documents, and a sample form is available on the CM/ECF Information page on the Court's website. If plaintiff demonstrates a willingness and capability to file documents electronically, the Court may grant plaintiff permission to register to do so. However, under the Court's procedures, plaintiff must elect a single method for receiving service of documents—either through ECF or by U.S. mail—and may not receive service through both methods simultaneously.

Plaintiff's motion seeking leave to file documents electronically in this case while continuing to receive service by U.S. mail is **DENIED**. (Doc. 15).

**IT IS SO ORDERED.**

Date: 12/29/2025

Karen L. Litkovitz
United States Magistrate Judge